CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
SEP 24 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TURONN LEWIS,<br>　　　Petitioner, | Civil Action No. 7:13-cv-00255 |
| v. | **ORDER** |
| C. ZYCH,<br>　　　Respondent. | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus is **DISMISSED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for Respondent.

**ENTER**: This 24th day of September, 2013.

　　　　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　　　　Senior United States District Judge